FILED
Feb 12 2021
4:14 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ danieln1     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JORGE ALBERTO<br>  VALENZUELA-VALENZUELA (1),<br>JESUS BURGOS ARIAS (2),<br>JUAN ALATORRE VENEGAS (3),<br>JOSE YEE PEREZ (4),<br><br>     Defendants. | Case No. 20CR3515-JAH<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Cocaine; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 18, U.S.C., Secs. 1956(a)(2)(A), 1956(a)(2)(B)(i), and 1956(h) - Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to November 20, 2020, within the Southern District of California, and elsewhere, defendants JORGE ALBERTO VALENZUELA-VALENZUELA, JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, did knowingly and intentionally conspire with each other and with other persons, known and unknown to the grand jury, to import 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

MJS:nlv:San Diego:2/11/21

## Count 2

Beginning on a date unknown to the grand jury and continuing up to November 20, 2020, within the Southern District of California and elsewhere, defendants JORGE ALBERTO VALENZUELA-VALENZUELA, JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 3

Beginning on a date unknown to the grand jury and continuing up to November 20, 2020, within the Southern District of California and elsewhere, defendants JORGE ALBERTO VALENZUELA-VALENZUELA, JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury:

a. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented

the proceeds of some form of unlawful activity and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. Upon conviction of the felony offense alleged in Counts 1 and 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JORGE ALBERTO VALENZUELA-VALENZUELA, JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment.

//

3. Upon conviction of the offense alleged in Count 3 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants JORGE ALBERTO VALENZUELA-VALENZUELA, JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: February 12, 2021.

ROBERT S. BREWER, JR.
United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney